IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MESSAN K. AMETITOVI,<br><br>Plaintiff,<br><br>vs.<br><br>INTERVET INC.,<br><br>Defendant. | 8:25CV492<br><br>ORDER TO SHOW CAUSE |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on Defendant Intervet Inc., and Defendant Intervet Inc. has not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until December 22, 2025 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 1st day of December, 2025.

BY THE COURT:

s/ Jacqueline M. DeLuca
United States Magistrate Judge